Anthony M. Keats (SBN 123672)
Larry W. McFarland (SBN 129668)
David K. Caplan (SBN 181174)
Keats, McFarland & Wilson LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, California 90212
Telephone:     310-248-3830
Facsimile:      310-860-0363

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Kelley Bruno, | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | SACV 11-00173 DOC (Ex) |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Eckhart Corporation, et al., | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __Peter D. Aufrichtig__, of __McCarthy Fingar LLP, 11 Martine Ave., 12th Floor__
*Applicant's Name*                                                                                *Firm Name / Address*
__White Plains, NY 10606-1934__

__914-385-1063__                                                                        __peter@mccarthyfingar.com__
*Telephone Number*                                                                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant

☐ Intervener or other interested person _____

and the designation of     __Anthony M. Keats / SBN 123672__
*Local Counsel Designee /State Bar Number*

of __Keats McFarland & Wilson LLP, 9720 Wilshire Blvd., Penthouse Suite, Beverly Hills, CA 90212__
*Local Counsel Firm / Address*

__310-777-3727__                                                                         __akeats@kmwlaw.com__
*Telephone Number*                                                                       *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  __March 24, 2011__                                         /s/ David O. Carter

                                                                                    U. S. District Judge