Anthony M. Keats (Bar No. 123672)
akeats@kmwlaw.com
Larry W. McFarland (SBN 129668)
lmcfarland@kmwlaw.com
David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone    (310) 248-3830
Facsimile:    (310) 860-0363

Peter D. Aufrichtig (Admitted *Pro Hac Vice*)
peter@mccarthyfingar.com
MCCARTHY FINGAR, LLP
11 Martine Avenue, 12th Floor
White Plains, NY  10606
Telephone:   (914) 946-3700
Facsimile:    (914) 946-0134

Attorneys for Defendant
TISHCON CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| KELLEY BRUNO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>QUTEN RESEARCH INSTITUTE, LLC, AND TISHCON CORPORATION,<br><br>　　　　　　Defendants. | Case No.:  SACV 11-00173 DOC (Ex)<br><br>**NOTICE OF REQUEST AND DEFENDANTS' REQUEST FOR CONFIRMATION AND WRITTEN ORDER RE: PLAINTIFF'S MOTION FOR CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Date:　October 17, 2011<br>Time:　8:30 a.m.<br>Place:　Courtroom 9D<br>　　　　U.S. Courthouse<br>　　　　411 West Fourth Street<br>　　　　Santa Ana, CA 92701<br>Judge:　Hon. David O. Carter |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Defendants Quten Research Institute, LLC, and
3  Tishcon Corporation (collectively "Defendants"), hereby request that the Court
4  confirm and order the schedule, as set forth below, for plaintiff Kelley Bruno's
5  ("Plaintiff") intended filing of a Motion for Class Certification (the "Motion") in the
6  above-captioned matter.

7  On August 8, 2011, the parties in this case appeared before the Hon. David O.
8  Carter for a Scheduling Conference, during which the Court ordered that Plaintiff's
9  Motion shall be heard on October 17, 2011. At the Scheduling Conference, counsel
10 for Tishcon Corporation requested and the Court granted to Defendants a three (3)-
11 week period in which to respond to Plaintiff's Motion. No objection to this request by
12 Defendants was raised by Plaintiff's counsel at the hearing.

13 Subsequent to the Scheduling Conference, Plaintiff's counsel confirmed in an e-
14 mail to Defendants dated August 9, 2011, the briefing schedule that had been agreed
15 to by the parties immediately following the hearing. Although the parties were
16 mistaken that Plaintiff's reply was due seven (7) days as opposed to fourteen (14) days
17 prior to the hearing date, the e-mail correctly confirmed that Defendants would have
18 three (3) weeks to respond to Plaintiff's Motion. (A true and correct copy of the e-
19 mail from Melanie Persinger is attached as part of Exhibit 1 to the Declaration of
20 Anthony M. Keats in Support of Defendants' Request for Confirmation and Written
21 Order Re: Motion for Class Certification Briefing Schedule filed concurrently
22 herewith.)

23 Despite the parties' agreement as to the schedule, Plaintiff is now seeking
24 significantly more time to reply to Defendants' response to its Motion. However,
25 given the Court's own Order at the Scheduling Conference, Plaintiff's additional time
26 to reply would deprive the Court of having a full fourteen (14) days provided for by
27 Local Rule 7-10 in which to consider Plaintiff's Motion. Here, Plaintiff is simply

28

1 trying to get far more than the time allowed to file a reply after not requesting it at the
2 Scheduling Conference and not requesting it when Plaintiff confirmed the
3 understanding as to the time for Defendants' response (3 weeks) and for Plaintiff's
4 reply (1 week) in a contemporaneous e-mail.  No compelling reason or need has been
5 expressed for this change of position by Plaintiff in failing to sign off on the time
6 periods agreed to between the parties.  Further correspondence by Plaintiff's counsel
7 suggests a hypertechnical interpretation to support his view that no "agreement" was
8 reached.  In fact, agreement was reached consistent with the discussion before the
9 Court, but now Plaintiff seeks to back away from this agreement.

10        The agreed-upon schedule should give Plaintiff's counsel adequate opportunity
11 to reply to Defendants' response to her Motion since counsel are not permitted to
12 introduce new evidence or legal arguments in their reply, and, as the moving party,
13 they should likely address any possible opposing arguments in their moving papers.

14        For the foregoing reasons, Defendants request confirmation by way of a written
15 order that the parties shall adhere to the following briefing schedule as it relates to the
16 Motion:

| | |
|---|---|
| September 2, 2011 | Motion for Class Certification to be filed and served by Plaintiff |
| September 26, 2011 | Last Day for Defendants to file Response to Motion for Class Certification |
| October 3, 2011 | Last Day for Plaintiff to file Reply to Defendants' Response to Motion for Class Certification |
| October 17, 2011 @ 8:30 AM | Hearing and Oral Argument on Plaintiff's Motion for Class Certification |

25 ///
26 ///
27 ///
28

This request is based on this notice, the declaration of Anthony M. Keats and the exhibit thereto, and the papers and pleadings filed in this action.

                                          Respectfully submitted,

                                          KEATS MCFARLAND & WILSON, LLP

Dated: August 19, 2011              By:/s/Anthony M. Keats
                                            Anthony M. Keats
                                            Attorneys for Defendant
                                            TISHCON CORPORATION

                                            Peter D. Aufrichtig
                                            MCCARTHY FINGAR, LLP
                                            Attorneys for Defendant
                                            TISHCON CORPORATION