**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
JACK FITZGERALD (257370)
*jack@westonfirm.com*
MELANIE PERSINGER (275423)
*mel@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:   619 798 2006
Facsimile:    480 247 4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron.marron@gmail.com*
3636 4th Street, Suite 202
San Diego, CA 92103
Telephone:   619 696 9066
Facsimile:    619 564 6665

Counsel for Plaintiff and the Proposed Class

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| KELLEY BRUNO, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>QUTEN RESEARCH INSTITUTE, LLC, and TISHCON CORPORATION,<br><br>      Defendants. | Case No. 8:11-cv-00173 DOC (Ex)<br>Pleading Type: Class Action<br>Action Filed: January 31, 2011<br><br>**DECLARATION OF JACK FITZGERALD IN SUPPORT CLASS CERTIFICATION**<br><br>Judge: The Hon. David O. Carter<br>Date: October 17, 2011<br>Time: 8:30 a.m.<br>Location: Courtroom 9D |

I, Jack Fitzgerald, declare:

1.     I am a member in good standing of the State Bars of California and New York; and of the United States District Courts for the Northern, Central and Southern Districts of California and the Southern and Eastern Districts of New York; and of the United States Court of Appeals for the Ninth Circuit. I make this Declaration in support of Plaintiff's Motion for Class Certification and Appointment of Class Counsel.

2.     I am a graduate of Cornell University *magna cum laude* and New York University School of Law, where I was Editor of the New York University Law Review.

3.     Before joining the Weston Firm, I was associated with the law firms of Baker & Hostetler, LLP, in New York, New York, and Mayer Brown LLP in Palo Alto, California. While at Baker & Hostetler, I was part of the trial team on behalf of a plaintiff in a $60 million federal contempt action. While at Mayer Brown, I defended the class action, *In Re: Openwave Securities Systems, Inc. Securities Litigation*, No. 07-cv-1309 (S.D.N.Y.). While at both firms, my practice was always focused on large-scale, complex litigation including, for example, representing plaintiffs asserting antitrust and false advertising claims against various telephone calling card manufacturers.

4.     I began working at the Weston Firm in January, 2010. Since then, I have dedicated my entire practice to representing plaintiffs in class actions, including in the actions identified in the concurrently-filed declaration of my partner, Gregory Weston.

///

///

*Kelley Bruno v. Quten Research Institute, LLC et al.,* Case No. 8:11-cv-00173 DOC (Ex)
DECLARATION OF JACK FITZGERALD IN SUPPORT OF CLASS CERTIFICATION

1      I declare under penalty of perjury under the laws of the United States that the

2  foregoing is true and correct.

3

4      Executed on September 19, 2011, in Santa Clara, California.

5

6                                              /s/ Jack Fitzgerald

7                                              Jack Fitzgerald

8  DATED: September 19, 2011                   Respectfully Submitted,

9

10                                             /s/ Gregory S. Weston

11

12                                             **THE WESTON FIRM**
                                               GREGORY S. WESTON
13                                             JACK FITZGERALD
                                               MELANIE PERSINGER
14                                             1405 Morena Blvd., Suite 201
15                                             San Diego, CA 92110
                                               Telephone:   619 798 2006
16                                             Facsimile:    480 247 4553

17

18                                             **LAW OFFICES OF RONALD A.
                                               MARRON, APLC**
19                                             RONALD A. MARRON
20                                             3636 4th Avenue, Suite 202
                                               San Diego, CA 92109
21                                             Telephone:   (619) 696 9066
                                               Facsimile:    (619) 564 6665
22

23                                             Counsel for Plaintiff and the
                                               Proposed Class
24

25

26

27

28

2