| | |
|---|---|
| THE WESTON FIRM<br>GREGORY S. WESTON (239944)<br>greg@westonfirm.com<br>JACK FITZGERALD (257370)<br>jack@westonfirm.com<br>MELANIE PERSINGER (275423)<br>mel@westonfirm.com<br>1405 Morena Blvd., Suite 201<br>San Diego, CA 92110<br>Telephone:619 798 2006<br>Facsimile: 480 247 4553 | LAW OFFICES OF RONALD A.<br>MARRON, APLC<br>RONALD A. MARRON (175650)<br>ron.marron@gmail.com<br>3636 4th Avenue, Suite 202<br>San Diego, CA 92109<br>Telephone:  (619) 696 9066<br>Facsimile:   (619) 564 6665 |



Counsel for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KELLEY BRUNO on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUTEN RESEARCH INSTITUTE, LLC, and TISHCON CORP.,<br><br>Defendants. | Case No: SACV 11-00173 DOC (Ex)<br>Pleading Type: Class Action<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL THE UNREDACTED MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, THE DECLARATION OF MELANIE PERSINGER, AND EXHIBITS ATTACHED THERETO<br><br>Judge: Hon. David O. Carter<br>Hearing Date: October 17, 2011<br>Time: 8:30 a.m.<br>Location: Courtroom 9D |

     Having reviewed Plaintiff's Application to File Under Seal the Unredacted Memorandum in Support of Motion For Class Certification, the Declaration of Melanie Persinger, and Exhibits attached thereto, the Court finds that good cause exists to grant Plaintiff's Application.

     Pursuant to Local Rule 79-5.1 and the Protective Order entered on June 10, 2011 (Dkt. No. 25), the following unredacted documents may be filed under seal: (1) Memorandum of Points & Authorities in Support of Motion for Class Certification; and (2) The Declaration of Melanie Persinger and Exhibits attached thereto.

     IT IS SO ORDERED.

DATED: __9/20__, 2011

*/s/ David O. Carter*

The Honorable David O. Carter
U.S. District Court Judge

IF DENIED: The underlying documents and sealing application shall be filed, but not under seal.

---

1

| | |
|---|---|
| Dated: September 20, 2011 | Respectfully Submitted,<br><br>/s/Gregory S. Weston<br>Gregory S. Weston<br><br>**THE WESTON FIRM**<br>GREGORY S. WESTON<br>JACK FITZGERALD<br>MELANIE PERSINGER<br>1405 Morena Blvd., Suite 201<br>San Diego, CA 92110<br>Telephone: 619 798 2006<br>Facsimile:   480 247 4553<br><br>**LAW OFFICES OF RONALD A. MARRON, APLC**<br>RONALD A. MARRON<br>3636 4th Street, Suite 202<br>San Diego, CA 92103<br>Telephone:  619 696 9066<br>Facsimile:   619 564 6665<br><br><u>Counsel for Plaintiff and the Proposed Class</u> |

2