Anthony M. Keats (Bar No. 123672)
akeats@kmwlaw.com
Larry W. McFarland (SBN 129668)
lmcfarland@kmwlaw.com
David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone   (310) 248-3830
Facsimile:   (310) 860-0363

Peter D. Aufrichtig (Admitted *Pro Hac Vice*)
peter@mccarthyfingar.com
MCCARTHY FINGAR, LLP
11 Martine Avenue, 12th Floor
White Plains, NY  10606
Telephone:  (914) 946-3700
Facsimile:   (914) 946-0134

Attorneys for Defendant
TISHCON CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KELLEY BRUNO,<br><br>          Plaintiff,<br><br>     v.<br><br>ECKHART CORPORATION, QUTEN RESEARCH INSTITUTE, LLC, and TISHCON CORPORATION,<br><br>          Defendants. | Case No.:  SACV 11-00173 DOC (Ex)<br><br>**STATEMENT OF RECENT DECISION REGARDING DEFENDANTS' MOTION TO DECERTIFY THE NATIONWIDE CLASS OR, IN THE ALTERNATIVE, TO RECONSIDER THE CLASS CERTIFICATION ORDER** |

{00366414.DOCX.}

1  Defendant Tishcon Corporation ("Tishcon") hereby respectfully submits for the
2  Court's consideration the recent decision of *Gianino, et al. v. Alacer Corp.,* Case No.
3  SACV 09-01247-CJC (RNBx) (C.D. Cal. Feb. 27, 2012) (denying class certification
4  of Unfair Competition Law claim), which is directly relevant to the pending Motion to
5  Decertify the Nationwide Class or, in the alternative, to Reconsider the Class
6  Certification Order (Docket # 86).  A true and correct copy of the decision is attached
7  hereto as Exhibit A.

Dated:  March 6, 2012                                  KEATS MCFARLAND & WILSON, LLP

                                                       By: s/ David K. Caplan
                                                           David K. Caplan, Esq.
                                                           Attorneys for Defendant
                                                           TISHCON CORPORATION