**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
JACK FITZGERALD (257370)
*jack@westonfirm.com*
MELANIE PERSINGER (275423)
*mel@westonfirm.com*
COURTLAND CREEKMORE (182018)
*courtland@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (480) 247-4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron.marron@gmail.com*
MAGGIE REALIN (263639)
*maggie.realin@yahoo.com*
B. SKYE RESENDES (278511)
*skye.esq@gmail.com*
3636 4th Street, Suite 202
San Diego, CA 92103
Telephone: (619) 696-9066
Facsimile: (619) 564-6665

**Class Counsel**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLEY BRUNO on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUTEN RESEARCH INSTITUTE, LLC, et al.,<br><br>Defendants. | Case No: 8:11-cv- 00173 DOC (Ex)<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT TISHCON'S NOTICE OF AUTHORITY**<br><br>Judge: Hon. David O. Carter |

Defendant claims that the decision it attaches is "directly relevant" to its pending motion, however a review of the decision highlights that, once again, Defendants failed in their obligation, both initially in their combined 50 pages of opposition briefing and again in their motion for reconsideration, to show "there is an actual conflict between California and other law. . . . '*on the facts of this case*.'" *Bruno v. Quten Research Inst.*, LLC, -- F.R.D. --, 2011 U.S. Dist. LEXIS 132323, at *42 (C.D. Cal. Nov. 14, 2011) (emphasis added) (citing *Wash. Mut. Bank, FA v. Super. Ct.*, 24 Cal. 4th 906, 921 (2001); *Pokorny v. Quixtar, Inc.*, 601 F.3d 987, 995 (9th Cir. 2010)). In addition, the decision in *Gianino v. Alacer* is inapposite because, unlike in this case, the Court did not determine, prior to undertaking California's three-step governmental interest analysis, that application of California law to a nationwide class would comport with due process. *Compare Bruno*, 2011 U.S. Dist. LEXIS 132323, at *35-40 (holding application of California law to nationwide class's claims comported with due process under *Shutts*) with *Gianino*, slip. op. at 3-4 (no discussion of *Shutts*, due process, or California's contacts to the class members' claims).

Dated: March 7, 2012            /s/ Gregory Weston
                                Gregory S. Weston

                                **THE WESTON FIRM**
                                GREGORY S. WESTON
                                JACK FITZGERALD
                                MELANIE PERSINGER
                                COURTLAND CREEKMORE
                                1405 Morena Blvd, Suite 201
                                San Diego, CA 92110
                                Telephone:  (619) 798-2006
                                Facsimile:   (480) 247-4553

1

*Bruno v. Quten Research Institute et al.*, Case No. 8:11-cv-00173 DOC (Ex)
PLAINTIFF'S RESPONSE TO DEFENDANT TISHCON'S NOTICE OF AUTHORITY

|   |   |
|---|---|
| 1 | **LAW OFFICES OF RONALD A. MARRON** |
| 2 | RONALD A. MARRON |
| 3 | MAGGIE REALIN |
|   | B. SKYE RESENDES |
| 4 | 3636 4th Avenue, Suite 202 |
| 5 | San Diego, CA 92103 |
|   | Telephone:  (619) 696-9006 |
| 6 | Facsimile:   (619) 564-6665 |
| 7 |   |
|   | **<u>Class Counsel</u>** |

2

*Bruno v. Quten Research Institute et al.*, Case No. 8:11-cv-00173 DOC (Ex)
PLAINTIFF'S RESPONSE TO DEFENDANT TISHCON'S NOTICE OF AUTHORITY