NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

*In re Qunol Liquid Labeling Litigation*

Case No. 8:11-cv-00173 DOC (Ex)
**ORDER:**
**1) GRANTING PRELIMINARY APPROVAL OF SETTLEMENT (Revised Times);**
**2) APPROVING NOTICE PLAN;**
**3) SETTING DATE FOR FINAL APPROVAL HEARING; AND**
**4) RE-CAPTIONING CASE**

Judge: The Hon. David O. Carter

Having reviewed Plaintiff's unopposed *ex parte* application for preliminary approval of settlement and notice plan:

The Court finds the proposed settlement appears:

(i.) fair, reasonable, and in the best interest of the class;

(ii.) to have been negotiated at arms' length without collusion or undue influence by experienced counsel;

(iii.) to fairly and appropriately reflect compromise by both sides in view of the risks inherent in the continued prosecution and defense of the action; and

(iv.) to offer a benefit to the class that will provide substantial relief in

1

*Bruno v. Quten Research Institute, LLC et al.*, Case No. 8:11-cv-00173 DOC (Ex)
ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

terms of what might have been gained if the case had proceeded to trial.

Based on the foregoing, the Court hereby **GRANTS** the *Ex Parte* Application and enters the following orders:

1. The Settlement Agreement is preliminarily approved;
2. This action is recaptioned *In re Qunol Liquid Labeling Litigation*, and all future documents filed in this action shall bear this name on their title page;
3. The Proposed Notice of Class Action and Proposed Settlement is approved and shall be published as described in the proposed notice plan within three weeks of the date of this order;
4. Plaintiff's counsel shall send Notice directly via e-mail and first class mail to the class members whose e-mail and postal addresses are known to the Parties;
5. Plaintiff shall file an application for final approval of the settlement by Tuesday, December 11, 2012;
6. Plaintiff shall file an application for attorneys' fees and class representative incentive award by Tuesday, December 11, 2012;
7. The deadline for Class members to opt-out of the Class or object to the Settlement Agreement is **January 14, 2013**. At the final approval hearing, members of the Class who do not timely opt out of the Class may be heard orally in support or opposition of the settlement only if they file a written notification of their intention to appear personally by **January 14, 2013**;
8. Class Counsel and Defendants shall file their response to any class member objections no later than **February 18, 2013**;
9. The claims period shall begin upon the day Notice of Class Action and Proposed Settlement is disseminated (no later than three weeks following

2

*Bruno v. Quten Research Institute, LLC et al.,* Case No. 8:11-cv-00173 DOC (Ex)
ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

Preliminary Approval) and shall end on **March 11, 2013**;

10. A hearing on final approval of the Class Settlement Agreement, at which Class Members may be heard, will be held on **February 25, 2013** at 8:30 a.m. in Courtroom 9D, located at 411 West Fourth St., Santa Ana, CA 92701. At that time, the Court will also hear class counsel's motion for fees and class representative incentive award.

**IT IS SO ORDERED.**

Dated: October 17, 2012

*David O. Carter*

The Honorable David O. Carter
United States District Judge

3

*Bruno v. Quten Research Institute, LLC et al.,* Case No. 8:11-cv-00173 DOC (Ex)
ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

*Bruno v. Quten Research Institute, LLC et al.*, Case No. 8:11-cv-00173 DOC (Ex)
[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT