**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
JACK FITZGERALD (257370)
*jack@westonfirm.com*
MELANIE PERSINGER (275423)
*mel@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798 2006
Facsimile:  (480) 247 4553

**Class Counsel**

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
B. SKYE RESENDES (278511)
*skye@consumersadvocates.com*
ALEXIS M. WOOD (270200)
*alexis@consumersadvocates.com*
3636 4th Avenue, Suite 202
San Diego, CA 92109
Telephone:   (619) 696 9006
Facsimile:    (619) 564 6665

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| In re Qunol Liquid CoQ10 Labeling Litigation. | Case No. 8:11-cv-00173 DOC (Ex) <u>Class Action</u><br><br>**NOTICE OF MOTIONS AND MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**<br><br>Judge: The Hon. David O. Carter<br>Hearing: February 25, 2013<br>Time: 8:30 a.m.<br>Location: Courtroom 9D |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that at 8:30 a.m. on February 25, 2013 in Courtroom 9D of the United States District Courthouse for the Central District of California, which is located at 411 W. Fourth St., Santa Ana, CA 92701, Plaintiff Kelley Bruno will, and hereby does, respectfully move the Court for an order (1) granting final approval of the class action settlement dated October 15, 2012 ("Settlement Agreement" or "Settlement"), and (2) awarding attorneys' fees, costs, and class representative incentive award.

These motions are based on this Notice of Motion, the concurrently-filed Memorandums of Points and Authorities; and the concurrently-filed Declarations of Gregory S. Weston ("Weston Decl."), Jack Fitzgerald ("Fitzgerald Decl.), and Ronald A. Marron ("Marron Decl."); all previous proceedings had in this matter to date; and all further evidence and argument submitted in support of or against the motion.

Class Counsel met and conferred with Defendants' counsel multiple times with respect to these motions. Defendants indicated that they support the Motion for Final Approval and do not oppose the Fee Application.

DATED: December 11, 2012               Respectfully submitted,

                                       /s/ Gregory S. Weston

                                       **THE WESTON FIRM**
                                       GREGORY S. WESTON
                                       JACK FITZGERALD
                                       MELANIE PERSINGER
                                       1405 Morena Blvd., Suite 201
                                       San Diego, CA 92110
                                       Telephone:  (619) 798-2006

1

*In re Qunol Liquid CoQ10 Labeling Litigation*, Case No. 8:11-cv-00173 DOC (Ex)
NOTICE OF MOTIONS FOR FINAL APPROVAL AND APPROVAL OF ATTORNEYS' FEES

|     |     |
| --- | --- |
| 1   |     |
| 2   | **LAW OFFICES OF RONALD A. MARRON, APLC** |
| 3   | RONALD A. MARRON |
| 4   | B. SKYE RESENDES |
| 5   | ALEXIS M. WOOD |
|     | 3636 4th Avenue, Suite 202 |
| 6   | San Diego, CA 92109 |
| 7   | Telephone: (619) 696-9006 |
|     | **<u>Class Counsel</u>** |

2

*In re Qunol Liquid CoQ10 Labeling Litigation*, Case No. 8:11-cv-00173 DOC (Ex)
NOTICE OF MOTIONS FOR FINAL APPROVAL AND APPROVAL OF ATTORNEYS' FEES